UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO    00-4114-BSS

UNITED STATES OF AMERICA

    Plaintiff.

v.  Sacha-Guy Polynice

    Defendant

ORDER ON INITIAL APPEARANCE

Language  English

Tape No.    00- _____

AUSA  Nicholson

Agent  _____

The above-named defendant having been arrested on _____ 5-17-00 _____ having
appeared before the court for initial appearance on _____ 5-18-00 _____
and proceedings having been held in accordance with _____ See Foot  it is thereupon
    ORDERED as follows:

1. _____ appeared as permanent temporary counsel of record.
    Address: ___
    Zip Code: ___  Telephone ___
2. Federal Public Defender  (Bernardo Lopez)
    Address: ___
    Zip Code: ___  Telephone ___
3. The defendant shall attempt to retain counsel and shall appear before the court at _____

4. Arraignment/Preliminary Removal/Identity hearing is set for ____ 5-26-00 _____
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

    A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for ___ 5-25-00 20__ 9:30a
6. The defendant shall be released from custody upon posting of the following type of appearance bond
    pursuant to 18 U.S.C. 3142  PTD Requested

This bond shall contain the standard conditions of bond printed in the form of this Court and, in
addition, the defendant must comply with the special conditions checked below:

_____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court

_____ b. Report to Pretrial Services as follows      times a week by phone ___ ___ times a week in
    person; other _____

_____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law

_____ d. Maintain or actively seek full-time gainful employment

_____ e. Maintain or begin an educational program

_____ f. Avoid all contact with victims of or witnesses to the crimes charged

_____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon

_____ h. Comply with the following curfew _____

1

_____ 1. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set    At Arrest    _____

On Warrant    _____

After Hearing    _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED aK**XXXXXMNMXMXX** this    Ft. Lauderdale    18    day of    May    ,20    00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

SD F 34-1
Rev 01 00