| | | | |
|---|---|---|---|
| DEFT: | Sacha-Guy Polynice (J)# | CASE NO: | 00-4114-BSS |
| AUSA: | Bob Nicholson  Present | ATTNY: | Kenneth Lopez |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | PTD / FPD |

BOND HEARING HELD - yes/no       COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by ___ D.C.
MAY 18 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House _____
_____ Electronic Monitoring _____

Advised of charges
Sworn in
Counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | 5-25-00 | 9:30am | SNOW |
| PRELIM/ARRAIGN or XXXXXXX | 5-26-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |
| DATE: 5-18-00 | TIME: 11:00am | TAPE # 00-044 | PG # 10 |