UNITED STATES DISTRICT COURT  MAY 2? 2000
Southern District of Florida

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT./LAUD.

UNITED STATES OF AMERICA    )    Case Number: _____-855
                 Plaintiff )
                            )    **REPORT COMMENCING CRIMINAL ACTION**
         -VS-               )
                            )
Sacharoui Felanus           )    55 307-004
_____
         Defendant               U.S. Marshals Service Number
*************************************************************
TO:  Clerk's Office    MIAMI   FT. LAUDERDALE   WEST PALM BEACH
                       FT. PIERCE   (Circle one of above)
**NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
       COURT ABOVE.**
*************************************************************
**All items are to be completed.**  Information not applicable or
unknown will be indicated "N/A".

(1) **Date** and **Time** of arrest: 5-17-00       1600  a.m./**p.m.**

    **\*\*Time** and **Facility** where booked _____

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: Possession of a machinegun 18 USC Sect.
    Possession of unregistered silencer 26 USC Sect 5200(c)
    5861(d)

(4) U.S. Citizen          [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth:  9-18-79

(6) Type of Charging Document:  (check one)
    [ ] Indictment   [X] Complaint to be filed
                     [ ] Complaint already filed
    Case Number: _____

    [ ] Bench Warrant
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern of Florida
    **COPY OF WARRANT LEFT WITH U.S. MARSHAL?**   [ ] YES   [ ] NO

Amount of Bond:          $ _____

Who set bond:            _____

Remarks: _____

Date: 5-17-00          Arresting Officer: Vincent Cumming
                       Agency:             ATF
                       Phone:              (954) 938-2770
                                           954) 51 5727