UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00 - 6140 CR - FERGUSON**
18 USC §922(o)
18 USC §922(g)
26 USC §5812
26 USC §5861(b)

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SACHA-GUY POLYNICE, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the

defendant,

### SACHA-GUY POLYNICE,

did knowingly possess a machine gun, that is: a Cobray MAC-11, in violation of Title 18, United

States Code, Section 922(o) and 924(a)(2).



## COUNT II

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SACHA-GUY POLYNICE,

knowingly received and possessed a firearm, as that term is defined in Title 26, Section 5845(a), that is, a firearm silencer, transferred to him in violation of chapter 53 to Title 26; in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

## COUNT III

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SACHA-GUY POLYNICE,

then an alien having been admitted to the United States under a non-immigrant visa, did knowingly possess firearms in and affecting commerce, that is: a Cobray MAC-11 and a Glock pistol; in violation of Title 18, United States Code, Sections 922(g)(5), and 924(a)(2)

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**          CASE NO. _____

v.                                             **CERTIFICATE OF TRIAL ATTORNEY\***

SACHA-GUY POLYNICE                    **Superseding Case Information**:

**Court Division**: (Select One)           New Defendant(s)       Yes ____   No ____
                                               Number of New Defendants  ____
___ Miami  ___ Key West                Total number of counts    ____
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I     0 to 5 days       _X_         Petty     ____
   II    6 to 10 days      ____        Minor     ____
   III   11 to 20 days     ____        Misdem.   ____
   IV    21 to 60 days     ____        Felony    _X_
   V     61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No.  _00-4114-BSS_
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 5/17/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _____ No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

                                       Robert N. NICHOLSON
                                       ASSISTANT UNITED STATES ATTORNEY
                                       Court Bar No. 933996

\*Penalty Sheet(s) attached                                           REV 4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  SACHA-GUY POLYNICE          No.:_____

Count #I:
Did knowingly posses a machine gun; in violation of 18 U.S.C. 922(o) and 924(a)(2)

*Max Penalty:   Ten (10) imprisonment; and a $250,000 fine.

Count #:2
Did knowingly received and possess a firearm, that is a silencer, transferred to him in contravention of chapter
53; in violation of Title 26, U.S.C. 5812, 5816(b), and 5817.

*Max Penalty:     Ten (10) imprisonment; and a $250,000 fine.

Count #:3
Did knowingly possess firearms in and affecting commerce; in violation of 18 U.S.C. 922(g)(5) and 924(a)(2)


*Max Penalty:      Ten (10) imprisonment; and a $250,000 fine.

Count #:


*Max Penalty:

Count # :


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96