# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

SACHA-GUY POLYNICE

**WARRANT FOR ARREST**

CASE NUMBER **00-6140**

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _SACHA-GUY POLYNICE_

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   UNLAWFUL POSSESSION OF A MACHINE GUN,

in violation of Title _18_ United States Code, Section(s) _922(o); 922(g) and 26:5812 and 5861(h)_

CLARENCE MADDOX
Name of Issuing Officer

_Jenny Butle,_
Signature of Issuing Officer

Bail fixed at $ Pre-trial detention _requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_5/23/2000_ Fort Lauderdale, Florida
Date and Location

_Lurana S. Snow_
by _LURANA SNOW, U.S. Magistrate Judge_
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ SACHA-GUY POLYNICE _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____ ATF, 5225 N.W. 87th Avenue, Suite 300, Miami, FL 33178 _____

_____