AO 442 (Rev. 12/85) Warrant for Arrest  AUSA Robert N. Nicholson  ATF S/A Curry

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA

478204

UNITED STATES OF AMERICA

V.

SACHA-GUY POLYNICE

**WARRANT FOR ARREST**

CASE NUMBER **00-6140**

**CR-FERGUSON**

**MAGISTRATE JUDGE SNOW**

TO: **The United States Marshal and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _SACHA-GUY POLYNICE_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  UNLAWFUL POSSESSION OF A MACHINE GUN,

in violation of Title _18_ United States Code, Section(s) _922(o); 922(g) and 26:5812 and 5861(b)_

CLARENCE MADDOX                          COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                  Title of Issuing Officer

_Jenny Butler_                           5/23/2000 Fort Lauderdale, Florida
Signature of Issuing Officer             Date and Location

Bail fixed at $ Pre-trial detention _requested_   by _Lurana Snow_, U.S. Magistrate Judge
                                                     Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL | | |
| DATE RECEIVED<br>5/23/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>5/18/2000 | FOR: ATF | Fred Depompa, SDUSM |