```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA
                            CASE NO. 00-6140-CR-FERGUSON
UNITED STATES OF AMERICA

     vs

SACHA-GUY POLYNICE
                            ARRAIGNMENT INFORMATION SHEET
```

FILED MAY 25 2000 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 25, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
     DEFENDANT:           Address:  CUSTODY
                          _____

                          Telephone:_____
     DEFENSE COUNSEL:     Name:_____FEDERAL PUBLIC DEFENDER_____
                          Address:_____
                          _____

                          Telephone:_____
     BOND SET:            $_____200,000 CSB w/NEBBIA_____
Bond hearing held: yes_____ no_X__ Bond hearing set for_____
Dated this__25TH___day of __MAY_____,2000.
                              CLARENCE MADDOX
                              COURT ADMINISTRATOR/CLERK OF COURT

                              By:_____
                                 Deputy Clerk
                              Tape No._____00-026_____
cc: Copy for Judge
    U. S. Attorney
```

