## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: SACHA-GUY POLYNICE (J)    CASE NO: 00-6140-CR-FERGUSON

AUSA: ROBERT NICHOLSON /pres/    ATTY: FPD  Dembe

AGENT: _____    VIOL: _____

PROCEEDING PTD / ARRAIGNMENT    RECOMMENDED BOND _____

BOND HEARING HELD - yes/(no) Stip    COUNSEL APPOINTED _____

BOND SET @ 200,000 CSB w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by: _____

2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person

3) Travel extended to: _____

Parties reserved rights to PTD hearing if deft seeks to post or reduce bond

~~Reading of Indictment Waived~~
~~Not Guilty plea entered~~
~~Jury trial demanded~~
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: _____

PTD/BOND HRG: _____

PRELIM/ARRAIGN: _____

REMOVAL HRG: _____

STATUS CONF: June 9  /11  BSS

Date: 5-25-00   Time 9:30   FTL/LSS TAPE #00- 026  Begin: 830  End: 909

FILED by __ D.C.
MAY 25 2000
CLARENCE MADDOX
CLERK U.S. DIST. OF FLA. FT. LAUD.