UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4114-SELTZER

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

SACHA-GUY POLYNICE,

　　　　Defendant.
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

　　　　　　　　　　　　　　　　　　　Respectfully submitted.

　　　　　　　　　　　　　　　　　　　KATHLEEN M. WILLIAMS
　　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Robert N. Berube
　　　　　　　　　　　　　　　　　　　Supervisory Assistant
　　　　　　　　　　　　　　　　　　　Federal Public Defender
　　　　　　　　　　　　　　　　　　　Florida Bar No. 868795
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　101 N.E. 3rd Avenue, Suite 202
　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 22nd day of May, 2000, to United States Attorney's Office, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert N. Berube