RNN/m

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6140-CR-FERGUSON(s)
18 USC §922(o)
18 USC §922(g)
26 USC §5812
26 USC §5861(b)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| SACHA-GUY POLYNICE, | ) |
| Defendant. | ) |



### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SACHA-GUY POLYNICE,

did knowingly possess a machine gun, that is: a MAC-10, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).



## COUNT II

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SACHA-GUY POLYNICE,

knowingly received and possessed a firearm, as that term is defined in Title 26, Section 5845(a), that is, a firearm silencer, transferred to him in violation of Chapter 53 to Title 26; in violation of Title 26, United States Code, Sections 5812, 5861(b), and 5871.

## COUNT III

On or about May 17, 2000, at Broward County, in the Southern District of Florida, the defendant,

### SACHA-GUY POLYNICE,

then an alien having been admitted to the United States under a non-immigrant visa, did knowingly possess firearms in and affecting commerce, that is: a firearm silencer and a Glock pistol; in violation of Title 18, United States Code, Sections 922(g)(5), and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET**

Defendant's Name:  SACHA-GUY POLYNICE         No.:_____

Count #l:
Did knowingly posses a machine gun; in violation of 18 U.S.C. 922(o) and 924(a)(2)

*Max Penalty:   Ten (10) years' imprisonment; and a $250,000 fine.

Count #:2
Did knowingly received and possess a firearm, that is a silencer, transferred to him in contravention of chapter
 53; in violation of Title 26, U.S.C. 5812, 5816(b), and 5817.

*Max Penalty:     Ten (10) years' imprisonment; and a $250,000 fine.

Count #:3
 Did knowingly possess firearms in and affecting commerce; in violation of 18 U.S.C. 922(g)(5) and 924(a)(2)

*Max Penalty:      Ten (10) years' imprisonment; and a $250,000 fine.

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. __00-6140-Cr-FERGUSON(s)__ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| SACHA-GUY POLYNICE | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)   Yes ___   No _X_
Number of New Defendants ___
Total number of counts _3_

___ Miami   ___ Key West
_X_ FTL      ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __NO__
   List language and/or dialect   __English__

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                           (Check only one)

   I    0 to 5 days       _X_       Petty        ___
   II   6 to 10 days      ___       Minor        ___
   III  11 to 20 days     ___       Misdem.      ___
   IV   21 to 60 days     ___       Felony       _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __YES__
   If yes:
   Magistrate Case No. __00-4114-BSS__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of 5/17/00
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

Robert N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. 933996

*Penalty Sheet(s) attached

REV 4/7/99