DEFT: Sacha-Guy Polynice (no deft)   CASE NO: 00-6140-CR-Ferguson

AUSA: Bob Nicholson / Lynn Rosenthal   ATTNY: Robert Berube FPD

AGENT: _____   VIOL: _____

PROCEEDING: Status Conference   BOND REC: _____

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

___ BOND SET @ _____

FILED by ___ D.C.
JUN 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: Discovery out; no motions pending

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 6-9-00   TIME: 11:00am   TAPE # 00-047   PG #

16