**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   SACHA-GUY POLYNICE (J)          CASE NO:   00-6140-CR-FERGUSON (s)

AUSA:   ROBERT NICHOLSON – _Brown_     ATTY:   ROBERT BERUBE – _Daryl_

AGENT: _____         VIOL: _____

PROCEEDING:   ARRAIGNMENT ON SUPERSEDING    RECOMMENDED BOND: _____

BOND HEARING HELD - yes / no          COUNSEL APPOINTED: _____

BOND SET @: _____    To be cosigned by: _____

FILED by ___ D.C.
JUN 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

❑   Do not violate any law.

❑   Appear in court as directed.

❑   Surrender and / or do not obtain passports / travel documents.

❑   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑   Maintain or seek full - time employment.

❑   No contact with victims / witnesses.

❑   No firearms.

~~Reading of Indictment Waived~~
Not Guilty plea entered
~~Jury trial demanded~~
Standing Discovery Order requested

❑   Curfew: _____ .

❑   Travel extended to: _____ .

❑   Halfway House _____ .

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE:   6/29/00      TIME:   11:00      FTL/LSS TAPE # 00 - _036_      Begin: _2204_   End: _2943_

21