UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO. 00-6140-CR FERGUSON

UNITED STATES OF AMERICA,
   Plaintiff,

-vs-

SASHA-GUY POLYNICE,
   Defendant.

_____

**NOTICE OF APPEARANCE**

Please take notice that the undersigned is filing his notice of appearance on behalf of the Defendant, **SASHA-GUY POLYNICE**. The Clerk is hereby requested to please send copies of all notices pertaining to the above numbered and styled case, to the undersigned.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to Robert Nicholson, Assistant United States Attorney, 500 E. Broward Blvd., #700, Ft. Lauderdale, Fla. 33394 and to Robert Berube, Esq.., 101 NE 3rd ave., #202, Ft. Lauderdale, Fla. 33301-1100, this _3A_ day of ___July___, 2000.

Respectfully submitted,

RICHARD A. MOORE, P.A.
1 NE 2nd ave., #200
Miami, Fla. 33132
3053732336
By: _____
    RICHARD A. MOORE