UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6140-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SASHA-GUY POLYNICE,

    Defendant.

_____/



## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Sasha-Guy Polynice, be terminated as the Defendant has retained Richard A. Moore, Esq., 1 N.E. 2nd Avenue, Suite 200, Miami, Florida 33132, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

                              Respectfully submitted,

                              KATHLEEN M. WILLIAMS
                              FEDERAL PUBLIC DEFENDER

By: *Robert N Berube*

                              Robert N. Berube
                              Supervisory Assistant
                              Federal Public Defender
                              Florida Bar No. 304247
                              Attorney for Defendant
                              101 N.E. 3rd Avenue, Suite 202
                              Fort Lauderdale, Florida 33301
                              (954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was mailed on this _10_ day of May, 2000, to Robert Nicholson, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301; Richard A. Moore, Esq., 1 N.E. 2nd Avenue, Suite 200, Miami, Florida 33132 and Sasha-Guy Polynice, Reg No. 55307-004, FDC Miami, P. O. Box 019120, Miami, Florida 33101-9120.

Robert N. Berube