**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _VT_ D.C.
JUL 10 2000

HONORABLE __WILKIE D. FERGUSON, JR.__ Presiding

Case No. _00-6140-CR-_  Date: _7-10-2000_
Clerk: _Valerie Thompkins_  Reporter: _Paul Haferling_
USPO: _____  Interpreter: _None_
**UNITED STATES OF AMERICA** vs. _Sacha-Cuuy Polynice_

AUSA: _Brent Nicholson_
Defendant(s) Counsel: _Richard Moore_

Defendant(s) Present _X_ Not Present __ In Custody __
Reason for hearing: _Calendar Call_

Result of hearing: _AFPD Brent Benube Oral_
_Motion to withdraw as atty of record granted._
_Atty Richard Moore filed notice of appearance._
_Defense oral motion continue 3 week granted_
Case Continued to: _7-24-00_ Time: _3:15_ P.M. For: _Calendar Call_


25