


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6140-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SASHA-GUY POLYNICE,

    Defendant.
_____/



It is ORDERED that this Motion is hereby GRANTED

WILKIE D. FERGUSON, JR.
7/25/00
DATE

### MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that her appointment as counsel for the Defendant, Sasha-Guy Polynice, be terminated as the Defendant has retained Richard A. Moore, Esq., 1 N.E. 2nd Avenue, Suite 200, Miami, Florida 33132, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: Robert N. Berube
Robert N. Berube
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556