-cr-06140-WDF Document 28 Entered on FLSD Docket 07/31/2000 P

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6140-CR-FERGUSON

UNITED STATES OF AMERICA,
Plaintiff,
vs.

SACHA-GUY POLYNICE,
Defendant.

FILED D.C. JUL 28 2000

**MINUTES**
**CHANGE OF PLEA**

On July 28, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Richard Moore, Esq appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count(s) of the Indictment. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

Whereupon:

( ) The Court proceeded to pronounce sentence.

(X) The Court postponed sentencing until **10/6/00 at** 10:30 a.m.,

( ) and the defendant was allowed to remain on present bond until then;

( ) and the defendant remanded to the custody of the U.S. Marshal until a $___________ bond is posted;

(X) and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge Wilkie D. Ferguson, JR.
Reporter Paul Haferling
Clerk Troy T. Walker

