UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FROWARD DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6140-CR-FERGUSON

vs.

SASHA-GUY POLYNICE,
Defendants,

OBJECTIONS TO PSI

The defendant submits his objections to the PSI in this case as follows:

1. Defendant objects to paragraph 14 of the PSI, as it does not give a minor role to defendant. When all the conspiracy is considered, the defendant, a young man acting as a broker, was a minor participant.

2. Defendant objects to paragraph 12, the one level bump for three to four firearms involved in this case. Defendant pled guilty to count one of the superceding indictment charging possession of a machine-gun type firearm. According to *Apprendi v. New Jersey*, 120 S. Ct. 2348 (2000), this aggravator is an element which must be charged and proven beyond a reasonable doubt.

3. Accordingly, defendant objects to paragraph 42. He believes his guideline range is level 15, 18-24 months.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___12___ day of ___Sept___, 2000 to: Robert Nicholson, Esq., 500 E. FROWARD Blvd., 7th Floor, Ft. Lauderdale, Fla. 33394-3002, and Gloria Garber, USPO, 300 NE 1st ave., Room 315, Miami, Fla. 33132.

Respectfully submitted,

RICHARD A. MOORE, P.A.
1 NE 2nd Ave., #200
Miami, Fla. 33132
305 3732336

1