IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-5140-Cr-FERGUSON
                              6140

UNITED STATES OF AMERICA,

vs.

SASHA-GUY POLYNICE
_____/

### MOTION FOR LIMITED UNSEALING

The United States of America, by and through its undersigned Assistant United States Attorney, hereby requests this Honorable Court unseal the court reporters notes of the plea hearing of July 28, 2000, for the purpose of providing the government a copy of the transcript of the hearing for use at the upcoming sentencing. The transcript is needed to address the defendant's objections to the P.S.I.

Respectfully submitted,

Guy A. Lewis
United States Attorney

Robert N. Nicholson
Assistant United States Attorney
Florida Bar No. 0993996
500 E. Broward Blvd. Suite 700
Ft. Lauderdale, Florida 33394
Tel. (954) 356-7255
Fax: (954) 356-7336

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed this 26TH day of September, 2000

to:

Richard A. Moore, P.A.
1 NE 2nd. Ave. # 200
Miami, Florida   33132

Robert N. Nicholson
Assistant United States Attorney