IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6140-Cr- FERGUSON

UNITED STATES OF AMERICA,

vs.

SASHA-GUY POLYNICE
_____/

OCT 3 2000

### ORDER UNSEAL

This cause came before this Court on the Government's Motion for Limited Unsealing. The Court being fully advised in the premises it is

ORDERED AND ADJUDGED that the Government's Motion for limited unsealing is hereby  GRANTED .

DONE AND ORDERED at Ft. Lauderdale, Florida, this 3RD day of ~~September,~~ October 2000.

Wilkie D. Ferguson
United States District Judge

3