SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # OO-6140-CR-WDF

DEFENDANT Sacha Guy Polynice    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE October 6, 2000

Court Reporter Paul Haferling    USPO _____

AUSA Robert Nicholsen    Deft's Counsel Richard Morris

COUNTS DISMISSED  All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

JUDGMENT AND SENTENCE

Imprisonment    Years ____    Months 27    Counts one

Supervised Release  3 yrs  (See J & C for details)

Probation    Years ____    Months ____    Counts ____

Comments _____

Assessment $ 100.00    Fine $ None

Restitution /Other _____

CUSTODY

_____ Remanded to the Custody of the U. S. Marshal Service    _____ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

37