UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FROWARD DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs.

CASE NO. 00-6140-CR-FERGUSON

SASHA-GUY POLYNICE,
Defendant,

MOTION TO CONTINUE SURRENDER DATE

The defendant requests a 60 day delay in his surrender date. In support thereof, he says as follows:

1. Defendant is due to surrender 1-5-01 to begin a 27 month sentence, as he had plead guilty and was sentenced by this court on 10-11-00.
2. Defendant has personal family matters to attend to, and it is most important that this court allow him an additional 60 days within which to surrender.
3. AUSA Robert Nicholson has no objection to this request.

Wherefore, the defendant requests this court grant the relief requested herein.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this _2_ day of ___Jan___, 2001 to: Robert Nicholson, Esq., 500 E. FROWARD Blvd., 7th Floor, Ft. Lauderdale, Fla. 33394-3002.

Respectfully submitted,

RICHARD A. MOORE, P.A.
1 NE 2nd Ave., #200
Miami, Fla. 33132
305 3732336

1