UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

UNITED STATES OF AMERICA.
Plaintiff,

vs.

SASHA-GUY POLYNICE,
Defendants,

CASE NO.   00-6140-CR-FERGUSON

FILED by _____ D.C.

'JAN 3 0 2001

CLARENCE MADDOX
CLE.*K IJ S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**MOTION FOR DISBURSEMENT OF BOND**

COMES NOW  the undersigned and respectfully states to this Honorable Court that because

the above-named Defendant has surrendered to the United States Marshall to begin his sentence in this

case, it is therefore requested that the Defendant's cash bond heretofore posted by SANDRA

POLYNICE, #401520346,  in the amount of $5,00.00, TOGETHER WITH ANY ACCRUED

INTEREST,  be refunded to: Richard A. Moore, Esq., located at The White Building, Suite 200, One

NE 2nd Avenue, Miami, Florida 33132. (Please see attached assignment, exhibit "A".)

The beneficiary's tax identification number is as follows:

Richard A. Moore, Esq.
One NE 2nd Avenue, #200
Miami, Florida 33132

ss# 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

_____
Richard A. Moore, Esq.

**O R D E R**

In consideration of the foregoing motion, it is thereupon

ORDERED AND ADJUDGED that the Clerk of Court shall forthwith make the above-

mentioned disbursement.

DONE AND ORDERED, at Miami-Dade County, Florida, this _____ day of _____,

2001.

_____
Wilkie D. Ferguson, United States District Judge
UNITED STATES DISTRICT JUDGE

cc:    U.S. Attorney's Office
       Petitioner/Counsel of Record
       Financial Deputy Clerk, Miami

A S S I G N M E N T

In the case styled <u>United States of America v. Sasha Polynice,</u>
Case No. <u>00-6140-cr-ferguson</u>, I <u>Sandra Polynice</u> , hereby assign the
bond collateral posted with the United States District Court for
the Southern District of Florida, under collateral receipt #401
520346  in the amount of <u>five Thousand</u> Dollars ($5,000.00), **along
with any accrued interest**, to Richard A. Moore  for payment of
legal services rendered in this case.

Accordingly, the Clerk of the Court is hereby authorized and
directed, upon final resolution of said case and release of the
bond, to deliver <u>Five  Thousand</u> Dollars($5,000.00) of the bond
collateral to <u>Richard A. Moore</u>, Esquire.

Sandra Polynice

STATE OF FLORIDA     )
                     )
COUNTY OF DADE       )

Before me personally appeared Luis A. Sobrino to me well known
and known to me to be the person described in and who executed the
foregoing instrument, and acknowledged to and before me that  She
_____ executed said instrument for the purposes therein
expressed.   FlA DL  P452 780 51 665

SWORN TO AND SUBSCRIBED before me this  /// day of Sept,
2000.



JAY A. WHITE
MY COMMISSION # CC 846437
EXPIRES July 9, 2003
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC
State of Florida

My commission expires: